# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EUGENE ISAAC, JR., a minor,<br>by his mother and next friend,<br>Dorothy Jones | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 00-cv-122 (RCL) |
| DISTRICT OF COLUMBIA | ) ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Defendant shall pay Plaintiffs, within 30 days of the date of this Order, $9,050.07, an amount which represents the remaining interest owed to Plaintiffs on the capped attorney's fees and costs in this case.

**SO ORDERED.**

Date: 12/21/21

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE